Terry Gene WATSON,
Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 102295

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: December 8, 2015

Matthew W. Huckeby, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Movant/Appellant.

Rachel S. Flaster, P.O. Box 899, Jefferson City, MO 65102, for Respondent/Respondent.

Before Lisa S. Van Amburg, C.J., Sherri B. Sullivan, J., and Kurt S. Odenwald, J.

*ORDER*

PER CURIAM.

Terry Gene Watson appeals from the motion court's judgment denying his Rule 29.15 [1] motion for post-conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the findings and conclusions of the motion court are not clearly erroneous. Rule 29.15(k); *Burston v. State*, 343 S.W.3d 691, 693 (Mo.App.E.D.

2011). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

1. All rule references are to Mo. R. Crim. P. 2014, unless otherwise noted.